**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> STIMWAVE TECHNOLOGIES INCORPORATED, <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-10541 (____) <br><br> Tax ID: 27-4457426 |
| In re: <br><br> STIMWAVE LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-10542(____) <br><br> Tax ID: 47-3715018 |

**DEBTORS' MOTION FOR ORDER AUTHORIZING THE**
**JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Stimwave Technologies Incorporated and Stimwave LLC (together, the "Debtors") in the above-captioned chapter 11 cases (together, the "Chapter 11 Cases") hereby move the Court (this "Motion") for entry of an order (the "Proposed Order"), substantially in the form attached hereto as Exhibit A, pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the joint administration of the Chapter 11 Cases for procedural purposes only. In support of this Motion, the Debtors rely on the *Declaration of Aure Bruneau in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief* (the "First Day Declaration"),[1]

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

29459154.1

which was filed contemporaneously with this Motion and is incorporated herein by reference. In further support of this Motion, the Debtors respectfully represent as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over the Chapter 11 Cases and this Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b), and, pursuant to Local Rule 9013-1(f), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution. Venue of the Chapter 11 Cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and legal predicates for the relief requested herein are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1.

## BACKGROUND

3. On the date hereof (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. To date, no trustee, examiner or statutory committee has been appointed in the Chapter 11 Cases. Additional factual background relating to the Debtors' business, capital structure, and the commencement of the Chapter 11 Cases is set forth in detail in the First Day Declaration.

29459154.1

2

## RELIEF REQUESTED

4.     By this Motion, the Debtors seek entry of the Proposed Order, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015, and Local Rule 1015-1, consolidating the Chapter 11 Cases for procedural purposes only.  Many of the motions, applications, hearings, and orders that will arise in the Chapter 11 Cases will affect both Debtors. For this reason, the Debtors respectfully submit that their interests, as well as the interests of their creditors and other parties in interest, would be best served by the joint administration of the Chapter 11 Cases.

5.     The Debtors also request that the Clerk of the Court maintain one file and one docket for the Chapter 11 Cases, which file and docket shall be the file and docket for Stimwave Technologies Incorporated.

6.     The Debtors further request that the caption of the Chapter 11 Cases be modified as follows to reflect their joint administration:

| In re: | Chapter 11 |
|---|---|
| STIMWAVE TECHNOLOGIES INCORPORATED, *et al.*,[1] | Case No. 22-10541 (____) |
| Debtors. | (Jointly Administered) |

FN1:   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Stimwave Technologies Incorporated (7426) and Stimwave LLC (5018).  The Debtors' headquarters are located at 1310 Park Central Blvd. S, Pompano Beach, Florida 33064.

7.     In addition, the Debtors seek the Court's direction that a docket entry be made on the docket of the Chapter 11 Case of Stimwave LLC substantially as follows:

> An order has been entered in this case directing the joint administration for procedural purposes only of the chapter 11 cases of Stimwave Technologies Incorporated and Stimwave LLC.  **The docket in the chapter 11 case of Stimwave Technologies**

29459154.1

3

**Incorporated, Case No. 22-10541 ( ), should be consulted for all matters concerning this case**.

## BASIS FOR RELIEF REQUESTED

8.  Bankruptcy Rule 1015(b) provides that, if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). Local Rule 1015-1 similarly provides for joint administration of chapter 11 cases when the facts demonstrate that joint administration "is warranted and will ease the administrative burden for the Court and the parties." Del. Bankr. L.R. 1015-1. In this case, the Debtors are "affiliates," as that term is defined in section 101(2) of the Bankruptcy Code, because Stimwave LLC is wholly-owned by Stimwave Technologies Incorporated. Accordingly, the Court has the authority to grant the relief requested herein.

9.  Additionally, the joint administration of the Debtors' respective estates is warranted and will ease the administrative burden on the Court and all parties in interest in the Chapter 11 Cases. The joint administration of the Chapter 11 Cases will permit the Clerk of the Court to utilize a single docket for both of the Chapter 11 Cases and to combine notices to creditors and other parties in interest in the Debtors' respective cases. In addition, there likely will be numerous motions, applications, and other pleadings filed in the Chapter 11 Cases that will affect both Debtors. Joint administration will permit counsel for all parties in interest to include both of the Chapter 11 Cases in a single caption for the numerous documents that are likely to be filed and served in the Chapter 11 Cases. Joint administration also will enable parties in interest in each of the Chapter 11 Cases to stay apprised of all of the various matters before the Court.

10. Joint administration of the Chapter 11 Cases will not prejudice or adversely affect the rights of the Debtors' creditors because the relief sought herein is purely procedural and is not intended to affect substantive rights. Because the Chapter 11 Cases involve two Debtors,

joint administration will reduce the volume of paper that otherwise would be filed with the Clerk of the Court, render the completion of various administrative tasks less costly, and minimize the number of unnecessary delays. Moreover, the Debtors believe that the relief requested by this Motion also will simplify supervision of the administrative aspects of the Chapter 11 Cases by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

11. For these reasons, the Debtors submit that the relief requested herein is in the best interests of the Debtors, their estates, and their creditors, and therefore should be granted.

## NOTICE

12. Notice of this Motion has been given to (i) U.S. Trustee; (ii) counsel to the Prepetition Term Loan Lenders; (iii) counsel to the DIP Lenders; (iv) holders of the thirty largest unsecured claims on a consolidated basis against the Debtors; and (v) any party that has requested notice pursuant to Bankruptcy Rule 2002. Notice of this Motion and any order entered hereon will be served in accordance with Local Rule 9013-1(m). The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

## CONCLUSION

WHEREFORE, the Debtors respectfully request entry of the Proposed Order, substantially in the form attached hereto as Exhibit A, (i) granting the relief requested herein, and (ii) granting such other relief as is just and proper.

*[Remainder of page intentionally left blank]*

Dated: June 15, 2022
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jared W. Kochenash*
Michael R. Nestor (No. 3526)
Andrew L. Magaziner (No. 5426)
Elizabeth S. Justison (No. 5911)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253
Email: mnestor@ycst.com
         amagaziner@ycst.com
         ejustison@ycst.com
         jkochenash@ycst.com

- and –

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman (*pro hac vice* admission pending)
Michael G. Farag (*pro hac vice* admission pending)
333 South Grand Avenue
Los Angeles, California 90071-3197
Tel:   (213) 229-7000
Fax:   (213) 229-7520
Email: rklyman@gibsondunn.com
         mfarag@gibsondunn.com

- and –

Matthew J. Williams (*pro hac vice* admission pending)
Dylan S. Cassidy (*pro hac vice* admission pending)
200 Park Avenue
New York, New York 10166-0193
Tel:    (212) 351-4000
Fax:   (212) 351-4035
Email: mjwilliams@gibsondunn.com
         dcassidy@gibsondunn.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## **EXHIBIT A**

**Proposed Order**

29459154.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> STIMWAVE TECHNOLOGIES INCORPORATED, <br><br>                 Debtor. | Chapter 11 <br><br> Case No. 22-10541 (\_\_\_\_) <br><br> Tax ID: 27-4457426 |
| In re: <br><br> STIMWAVE LLC, <br><br>                 Debtor. | Chapter 11 <br><br> Case No. 22-10542(\_\_\_\_) <br><br> Tax ID: 47-3715018 <br><br> **Ref. Docket No. \_\_\_** |

## ORDER DIRECTING JOINT ADMINISTRATION
## OF RELATED CHAPTER 11 CASES

Upon consideration of the motion (the "Motion")[1] of the Debtors for entry of an order authorizing the joint administration of the Chapter 11 Cases for procedural purposes only; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that venue of the Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

29459154.1

further notice need be given; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be administered jointly under the case of Stimwave Technologies Incorporated, Case No. 22-10541( ), in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. All pleadings filed in the Chapter 11 Cases shall bear a consolidated caption in the following form:

| In re: | Chapter 11 |
|---|---|
| STIMWAVE TECHNOLOGIES INCORPORATED, *et al.*,[1] | Case No. 22-10541 (____) |
| Debtors. | (Jointly Administered) |

FN1: The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Stimwave Technologies Incorporated (7426) and Stimwave LLC (5018). The Debtors' headquarters are located at 1310 Park Central Blvd. S, Pompano Beach, Florida 33064.

4. The foregoing caption satisfies the requirements of section 341(c)(1) of the Bankruptcy Code.

5. The Clerk of the Court shall make a docket entry in the Chapter 11 Case of Stimwave LLC substantially as follows:

> An order has been entered in this case directing the joint administration for procedural purposes only of the chapter 11 cases

29459154.1

of Stimwave Technologies Incorporated and Stimwave LLC.  **The docket in the chapter 11 case of Stimwave Technologies Incorporated, Case No. 22-10541 (  ), should be consulted for all matters concerning this case**.

6.      The Clerk of the Court shall maintain a single pleadings docket and file for the Chapter 11 Cases, which shall be the pleadings docket and file for Stimwave Technologies Incorporated.

7.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases.

8.      This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

29459154.1