# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>**STIMWAVE TECHNOLOGIES INCORPORATED**, *et al*.,[1]<br>Debtors. | Chapter 11<br>Case No. 22-10541 (TMH)<br>(Jointly Administered)<br>**Hearing Date:**<br>January 29, 2024, at 11:00 a.m. (ET) |

**FIRST AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 29, 2024, AT 11:00 A.M. (ET) BEFORE THE HONORABLE THOMAS M. HORAN OF THE UNITED STATES BANKRUPTCY COURT**

### eCourt Appearances

Effective as of January 2, 2024, the Court has instituted a registration process for Case Participants when the judge permits attendance remotely. **A judge may require all Case Participants who will present evidence or argument to attend in person.** Case Participants who wish to attend a hearing remotely need to register using the eCourtAppearances tool. When registering, Case Participants may choose to attend remotely through video or audio access.  Please be aware that if you choose audio access and the proceedings involve witness testimony, you may be disconnected entirely from the hearing or moved to a waiting room and unable to hear that portion of the proceedings.

Pursuant to the Judicial Conference's Remote Access Policy, Non-case participants/members of the public, including members of the media and press, may receive remote audio access only to the portions of a hearing not involving witness testimony. Non-case participants/members of the public, including the media and press, who wish to attend a hearing remotely need to register using the eCourtAppearances tool.  Please be aware you will be disconnected entirely from the hearing or moved to a waiting room and unable to hear that portion of the proceedings involving witness testimony.

**The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed**.  Once you register your appearance, a screen will appear that states "Thank you for registering your appearance in (Case number) (Case name)."  An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.  Please do not contact the Court to confirm registration.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include Stimwave Technologies Incorporated. (7426) and Stimwave LLC. (5018). The Debtors' headquarters are located at 1310 Park central Blvd. S, Pompano Beach, Florida 33062.

1

**MATTERS GOING FORWARD**

1.  Curonix LLC's Motion for Contempt and Sanctions Against the Perrymans and Ministim LLC (Filed: 1/4/23) [D.I. 1063]

    Response Deadline:  January 8, 2024, at 4:00 p.m. (ET)

    Responses Received:

    A.  Objection to Motion for Contempt (Filed: 1/8/24) [D.I. No. 1069]

    Related Documents:

    A.  Order Granting the Motion of Curonix LLC to Enforce Sale Order (Entered: 12/20/23) [D.I. 1048]

    B.  Certificate of Compliance (Filed: 1/8/24) [D.I. No. 1070]

    C.  **Motion of Curonix LLC to Continue Hearing on Its Motion for Contempt and Sanctions Against the Perrymans and Ministim LLC (Filed: 1/25/24) [D.I. 1093]**

    Status: On January 19, **2024**, Curonix requested that the Perrymans consent to an adjournment of the hearing. The Perrymans' responses, while not entirely clear, suggest that they oppose an adjournment. Ms. Perryman responded that: "You can withdraw your motion in its entirety, since it is nonsense.  I am not agreeing to continue anything, as there shouldn't have ever been this crazy request to begin with." Gary Perryman stated: "I think I sent an answer in the judge which was ignored and he wants to read it on the 29th instead." Brandyn Perryman did not respond.

    **On January 25, 2024, Curonix filed the Motion of Curonix LLC to Continue Hearing on Its Motion for Contempt and Sanctions Against the Perrymans and Ministim LLC [D.I. No. 1093], requesting a continuance of this matter. Accordingly, this matter is going forward at this time pending further order of the court.**

2.  Liquidating Trustee's Motion for an Order Imposing Non-Monetary Sanctions Against Laura Perryman, Gary Perryman, Brandyn Perryman, and Related or Affiliated Entities; and (II) Granting Related Relief (Filed: 1/13/23) [D.I. 1078]

    Response Deadline:  January 22, 2024, at 4:00 p.m. (ET)

    Responses Received: **On January 25, 2024, at 2:16 p.m. counsel to the Liquidating Trustee received an email from Brandyn Perryman with several new pleadings, including a 348-page pleading, inclusive of exhibits, titled "Opposition Response of**

**Gary Perryman to Motion for Non-Monetary Sanctions," which document does not appear on the Court's docket at this time.**

- A. Opposition Response of Brandyn Perryman to Frivolous Motion for Non-Monetary Sanctions and Request for Judgment on the Pleadings (Filed: 1/17/24) [D.I. No. 1084]

- B. Opposition Response of Laura Perryman to Frivolous Motion for Non-Monetary Sanctions and Request for Judgment on the Pleadings (Filed: 1/17/24) [D.I. No. 1085] **[ERRONEOUSLY FILED]**

    - i. Notice of Submission of Opposition Response of Laura Perryman to Frivolous Motion for Non-Monetary Sanctions and Request for Judgement on the Pleadings (Served on the Liquidating Trustee via Email) (Filed: 1/24/24) [D.I. No. 1090]

    - ii. **Opposition Response of Laura Perryman to Frivolous Motion for Non-Monetary Sanctions and Request for Judgement on the Pleadings (Filed: 1/25/24) [D.I. No. 1094]**

- C. Reply to Laura and Brandyn Perryman's (I) Opposition Responses to Motion for Non-Monetary Sanctions; and (II) Request for Judgment on the Pleadings (Filed: 1/24/24) [D.I. No. 1089]

Related Documents:

- A. Liquidating Trustee's Request for Judicial Notice in Support of Its Motion for an Order Imposing Non-Monetary Sanctions Against Laura Perryman, Gary Perryman, Brandyn Perryman, and Related or Affiliated Entities; and (II) Granting Related Relief (Filed: 1/24/24) [D.I. No. 1091]

Status: This matter is going forward.

Dated: January 25, 2024  
Wilmington, Delaware

*/s/ Mette H. Kurth*  
Mette H. Kurth (DE Bar No. 6491)  
**CULHANE MEADOWS, PLLC**  
3411 Silverside Road  
Baynard Building, Suite 104-13  
Wilmington, Delaware 19810  
Telephone: (302) 289-8839 Ext. 100  
Email: mkurth@cm.law

*Counsel to the Liquidating Trustee*