**Exhibit B**

**Bowser Declaration**

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**STIMWAVE TECHNOLOGIES INCORPORATED**, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10541 (TMH)<br>(Jointly Administered)<br><br>**Hearing Date:**<br>May 15, 2024, at 10:00 a.m. (ET)<br><br>**Response Deadline:**<br>May 8, 2024, at 4:00 p.m. (ET) |

### DECLARATION OF WALTER BOWSER IN SUPPORT OF THE THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

I, Walter Bowser, pursuant to 28 U.S.C. § 1746 declare:

1. I am a Director at Province, LLC.

2. As part of the Plan, Province, LLC was selected to serve as the Liquidating Trustee. On behalf of the Liquidating Trustee, I am assisting with the Claims reconciliation process attendant to these chapter 11 cases. As a result of my experience with the Debtors' Chapter 11 Cases, with the involvement of Province, LLC in the Chapter 11 Cases as financial advisor to the Official Committee of Unsecured Creditors, with the Debtors' confirmed Plan including its provisions regarding deemed substantive consolidation for Plan purposes, with the Liquidating Trustee, and with my review of Debtors' relevant books and records and documents, I am familiar with the Debtors' operations, business affairs, and books and records.

3. I have read and reviewed the *Third Omnibus Objection to Claims (Non-Substantive) (Perryman & Perryman Related Claims: Late Filed, Duplicate, Amended, Unsubstantiated)* (the "**Objection**").

4. The information contained in the Objection and the exhibits attached thereto are true

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include Stimwave Technologies Incorporated (7426) and Stimwave LLC (5018). The Debtors' mailing address is Stimwave Technologies, Inc., *et al..*, c/o Province, LLC, Attn: Amanda Demby, 2360 Corporate Circle, Suite 340, Henderson, NV 89074.

and correct to the best of my knowledge, information, and belief. I have personal knowledge of the matters set forth therein and, if called as a witness, would testify competently thereto.

5. In evaluating and investigating the Claims listed on **Schedule 1** to the proposed Order, the Liquidating Trustee advisors and staff, including myself and others working closely with me or under my supervision, have reviewed, without limitation, the Debtors' relevant books and records and the proofs of claim, as well as the supporting documentation provided by each claimant, if any, and have determined the disallowance and expungement of the claims on the terms set forth in the Objection is appropriate.

6. Any Remaining Claims will remain intact after disallowance and expungement of the Duplicate Claims and Amended Claims, and as such, I understand that the relief sought in the Objection is without prejudice to the rights of the Liquidating Trustee or any other party in interest to object to any of the Remaining Claims on any other grounds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 15, 2024

_/s/ Walter Bowser_
Walter Bowser