IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>STIMWAVE TECHNOLOGIES INCORPORATED, *et al.*,[3]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-10541 (TMH)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: May 2, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: May 15, 2024 at 10:00 a.m. (ET)** |

### NOTICE OF MOTION OF PASHMAN STEIN WALDER HAYDEN, P.C. TO WITHDRAW AS COUNSEL TO STIMGUARD LLC AND NEURAL DIABETES LLC

    **PLEASE TAKE NOTICE** that Pashman Stein Walder Hayden, P.C. ("PSWH") has filed the attached *Motion of Pashman Stein Walder Hayden, P.C. to Withdraw as Counsel to Stimguard LLC and Neaural Diabetes LLC* (the "Motion").

    **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the approval of the Motion must (a) be in writing, (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 2, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline"), and (c) served as to be received on or before the Objection Deadline upon (a) Pashman Stein Walder Hayden, P.C., 1007 North Orange Street, 4th Floor, Suite 183, Wilmington, Delaware, 19899-1347, Attn: Joseph C. Barsalona II (jbarsalona@pashmanstein.com).

    **PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

    **PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON MAY 15, 2024 AT 10:00 A.M. (ET) BEFORE THE HONORABLE THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.**

---

[3] The Reorganized Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Stimwave Technologies Incorporated (7426) and Stimwave LLC (5018). The Reorganized Debtors' mailing address is Stimwave Technologies Inc., et al., c/o Province, LLC, Attn: Amanda Demby, 2360 Corporate Circle, Suite 340, Henderson, NV 89074.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: April 18, 2024<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Joseph C. Barsalona II*<br>Joseph C. Barsalona II (No. 6102)<br>1007 North Orange Street, 4th Floor, Suite 183<br>Wilmington, DE 19801-1242<br>Telephone: (302) 592-6496<br>Email: jbarsalona@pashmanstein.com<br><br>*Counsel to StimGuard LLC and Neural Diabetes LLC* |