**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>STIMWAVE TECHNOLOGIES INCORPORATED, *et al.*,[2]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-10541 (TMH)<br><br>(Jointly Administered)<br><br>**Re. D.I. ___** |

**ORDER GRANTING MOTION OF PASHMAN STEIN WALDER HAYDEN, P.C. TO WITHDRAW AS COUNSEL TO STIMGUARD LLC AND NEURAL DIABETES LLC**

Upon the consideration of the Motion of Pashman Stein Walder Hayden, P.C. ("Pashman") to withdrawal as counsel to StimGuard LLC, a Bahamian limited liability company ("StimGuard"), and Neural Diabetes LLC, a Delaware limited liability company ("Neural," and together with StimGuard, collectively, the "Parties") under Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), it is hereby ordered:

1.      The Motion is granted.

2.      Under Local Rule 9010-2(b), Pashman is authorized and hereby is deemed to withdraw as counsel to the Parties.

3.      The Court shall retain jurisdiction to interpret, implement and enforce this order.

---

[2] The Reorganized Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Stimwave Technologies Incorporated (7426) and Stimwave LLC (5018). The Reorganized Debtors' mailing address is Stimwave Technologies Inc., et al., c/o Province, LLC, Attn: Amanda Demby, 2360 Corporate Circle, Suite 340, Henderson, NV 89074.