# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **STIMWAVE TECHNOLOGIES INCORPORATED**, *et al.*,[1] | Case No. 22-10541 (TMH) (Jointly Administered) |
| Debtors. | **Hearing Date:** May 16, 2024, at 2:00 p.m. (ET) |
| | **Hearing Location**: Zoom Hearing |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2024, AT 2:00 P.M. (ET) BEFORE THE HONORABLE THOMAS M. HORAN UNITED STATES BANKRUPTCY COURT

**Court Appearances**

This proceeding will be conducted remotely via Zoom.

Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on Judge Horan's expectations of remote participants and the advance registration requirements. You must register before the hearing using the eCourtAppearances tool available on the Court's website.

## MATTERS GOING FORWARD

1. Third Omnibus Objection to Claims (Non-Substantive) (Perryman & Perryman Related Claims: Late Filed, Duplicate, Amended, Unsubstantiated) (Filed: 4/15/24) [D.I. No. 1147]

   Response Deadline: May 8, 2024, at 4:00 p.m. (ET)

   Reply Deadline: May 12, 2024, at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include Stimwave Technologies Incorporated. (7426) and Stimwave LLC. (5018). The Debtors' mailing address is Stimwave Technologies, Inc.., *et al..*, c/o Province, LLC, Attn: Amanda Demby, 2360 Corporate Circle, Suite 340, Henderson, NV 89074.

<u>Responses Received</u>:

    A.  Gary Perryman Response to Objection to Administrative Claim for Post-Petition Indemnified Director Legal Expenses from Motion for Allowance Filed July 7, 2023  (Filed: 5/8/24) [D.I. 1162]

    B.  Brandyn Perryman and Laura Perryman Response to Objection to Claim 55 the Wage Claim of Laura Perryman (Filed: 5/109/24)  [D.I. 1165]

    A.  Response to Objection to Administrative Claim for Post-Petition Indemnification to Successor Lawsuit and Claim for Damages from Debtor Defamation of the Creditor (Filed: 5/10/24) [D.I. 1166]

    B.  Reply to (I) Gary Perryman Response to Objection to Administrative Claim for Post-Petition Indemnified Director Legal Expenses from Motion for Allowance Filed July 7, 2023; (II) Brandyn Perryman and Laura Perryman Response to Objection to Claim 55 the Wage Claim of Laura Perryman; and (III) Laura Perryman Creditor Response to Objection to Administrative Claim for Post-Petition Indemnification to Successor Lawsuit and Claim for Damages from Debtor Defamation of the Creditor (Filed: 5/13/24) [D.I. 1167]

<u>Related Documents</u>:

    A.  Proof of Claim No. 55 asserted by Laura and Brandyn Perryman (Filed: 9/16/22) [POC #55]

    B.  Motion for Entry of an Order Granting the Liquidating Trustee Leave to File Its Reply to the (I) Gary Perryman Response to Objection to Administrative Claim for Post-Petition Indemnified Director Legal Expenses From Motion for Allowance Filed July 7, 2023; (II) Joint Response of Brandyn Perryman and Laura Perryman to Objection to Claim 55, the Wage Claim of Laura Perryman; and (III) the Laura Perryman Creditor Response to Objection to Administrative Claim for Post-Petition Indemnification to Successor Lawsuit and Claim for Damages From Debtor Defamation of the Creditor (Filed: 5/13/2024) [D.I. 1169]

    C.  Notice of Submission of Proof of Claim with Respect to Third Omnibus Objection to Claims (Filed: 5/13/2024) [D.I. 1170]

    D.  Liquidating Trustee's Witness and Exhibit List for the Third Omnibus Objection to Claims (Non-Substantive) (Filed: 5/13/24) [D.I. 1171]

<u>Status</u>: This matter is going forward only as a status conference at which the Court will issue its ruling on the Third Omnibus Objection and address scheduling mattes with respect to additional claim objections.

Dated: May 15, 2024
Wilmington, Delaware

/s/ Mette H. Kurth
Mette H. Kurth (DE Bar No. 6491)
**CULHANE MEADOWS, PLLC**
3411 Silverside Road
Baynard Building, Suite 104-13
Wilmington, Delaware 19810
Telephone: (302) 289-8839 Ext. 100
Email: mkurth@cm.law

*Counsel to the Liquidating Trustee*